UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DIRECTV, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:03-cv-1891-DFH-WTL |
| ) | |
| MIKE RYAN, ) | |
| ) | |
| Defendant. ) | |

FINAL JUDGMENT

The court having entered default in favor of plaintiff; the Magistrate Judge having recommended after a hearing that the court award certain relief; and no objections having been filed, the court hereby accepts the recommendation, and it is hereby ORDERED, ADJUDGED, AND DECREED: (1) that plaintiff DirecTV, Inc. recover from defendant Mike Ryan the sum of Thirty Thousand Five Hundred Dollars ($30,500.00); and (2) that defendant Mike Ryan is permanently ENJOINED from violating 18 U.S.C. § 2511, including intercepting, endeavoring to intercept, or procuring other persons to intercept electronic communications.

Date: October 16, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

-2-

Copies to:

Robert L. Gauss
ICE MILLER LLP
gauss@icemiller.com

John T. Murphy
ICE MILLER LLP
john.murphy@icemiller.com

Michael A. Wilkins
ICE MILLER LLP
wilkins@icemiller.com

Mike Ryan
5325 Flint Court
Kokomo, Indiana 46902-5434